# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2025

## NO. 03-25-00354-CV

**Texan Urgent Care, PLLC, Appellant**

**v.**

**Brenda Casanova and Jeanna Casanova, as Wrongful Death Beneficiaries of Jonathan Casanova, Deceased, Appellees**

**APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the interlocutory order signed by the trial court on May 1, 2025. Having reviewed the record, the Court holds that Texan Urgent Care, PLLC has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.